# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Christopher Fultz, | ) | CASE NO. 5:23-CV-805 |
| | ) | |
| Plaintiffs, | ) | **JUDGE CHARLES ESQUE FLEMING** |
| | ) | |
| v. | ) | |
| | ) | |
| Jamal Robinson, et al., | ) | |
| | ) | |
| Defendants. | ) | **DEFAULT JUDGMENT ENTRY** |

This matter comes before the Court on Plaintiff Christopher Fultz's Motion for Default Judgment, filed March 5, 2024. (ECF No. 21). Plaintiff's motion is well-taken and is hereby **GRANTED.**

The Court finds that, on April 19, 2023, Plaintiff Christopher Fultz filed this action under the Fair Debt Collections Practices Act, Telephone Consumer Practices Act, and Ohio Consumer Sales Practices Act against Defendants Premier Resolution LLC and Plaza Services LLC, claiming that these companies attempted to collect a debt subject to an automatic bankruptcy stay. (ECF No. 1, Compl., PageID# 1–7). Plaintiff sought actual, statutory, treble, and punitive damages, along with attorney fees and the costs of this action. (*Id.* at PageID# 12).

The Court finds that Plaintiff filed an Amended Complaint on August 14, 2023, removing Premier and Plaza as defendants and replacing them with four new defendants: Eli Franklin and Jamal Robinson LLC ("the LLC"), Apex Courier Limited Liability Company, Eli Franklin, and Jamal Robinson. (ECF No. 8). The Court finds that Plaintiff obtained personal service of the Summons and Amended Complaint on Jamal Robinson and Apex Courier Limited Liability Company on August 18, 2023. (ECF Nos. 11 & 12).

The Court finds that Defendants Eli Franklin and the LLC have not been served with process in this action.  On November 28, 2023, this Court ordered Plaintiff to provide proof of service upon Defendants Eli Franklin and the LLC within 30 days.  Plaintiff has not provided the Court with evidence of service upon these Defendants.  Accordingly, pursuant to this Court's November 28, 2023 Order, all claims asserted against Defendants Eli Franklin and the LLC are hereby **DISMISSED WITHOUT PREJUDICE.**

Default Judgment is hereby **GRANTED** against Defendants Jamal Robinson and Apex Courier Limited Liability Company on Counts I, II, and III of the First Amended Complaint in the amount of $14,514.60.  Plaintiff's Count IV for invasion of privacy is hereby dismissed.

**IT IS SO ORDERED.**

Date: May 2, 2024

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**