**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| Christopher Fultz, | ) | CASE NO. 5:23-CV-805 |
| | ) | |
| Plaintiffs, | ) | **JUDGE CHARLES ESQUE FLEMING** |
| | ) | |
| v. | ) | |
| | ) | |
| Jamal Robinson, et al., | ) | |
| | ) | |
| Defendants. | ) | **JUDGMENT ENTRY** |

For the reasons stated in the contemporaneously filed Default Judgment Entry, Default Judgment is hereby **GRANTED** against Defendants Jamal Robinson and Apex Courier Limited Liability Company on Counts I, II, and III of the First Amended Complaint in the amount of $14,514.60.  Plaintiff's Count IV for invasion of privacy is hereby **DISMISSED**.  All claims against Defendants Eli Franklin and Eli Franklin and Jamal Robinson LLC are hereby **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

Date: May 2, 2024

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**